# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayes, Karen L. | Western District of Louisiana | 07/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>**5b.** ☒ Amended Report | 01/01/2020<br>**to**<br>02/22/2021 |

**7. Chambers or Office Address**

201 Jackson Street, Monroe, Louisiana 71201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executrix | Estate of Maia Weston Luikart |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/31/2020 | Blue Sky Yoga--yoga teacher | $300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 02/22/2021 | Hayes Harkey LLC law partnership--legal services |
| 2. 02/22/2021 | Patterson Resolution Group--mediation services |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  J P Morgan Chase Checking and savings accounts | | None | L | T | | | | | |
| 2.  Lumen Technologies Inc. (fka Centurylink Inc.) | A | Dividend | J | T | | | | | |
| 3.  American Fund New Perspective Class Fund (A) | A | Dividend | J | T | | | | | |
| 4.  U.S. Banccorp | A | Dividend | K | T | | | | | |
| 5.  Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 6.  Argent IRA Managed Asset Portfolio 4 | A | Dividend | N | T | | | | | |
| 7.  Argent 401k Managed Asset Portfolio 4 | A | Dividend | P1 | T | | | | | |
| 8.  Wells Fargo Bank NA Cash Account | | None | | | Closed | 10/13/20 | J | | moved to LPL financial |
| 9.  JP Morgan Trust II Large Cap Value Fund Class A OLVAX | | None | J | T | | | | | |
| 10.  JP Morgan Chase & Co JPM | B | Dividend | L | T | | | | | |
| 11.  JP Morga;n Intrepid Mid Cap FD Class A PECAX | A | Dividend | J | T | | | | | |
| 12.  JP Morgan Large Cap Growth Fund CL A OLGAX | B | Dividend | K | T | | | | | |
| 13.  Wells Fargo Bank NA (cash account) | A | Interest | K | T | | | | | |
| 14.  FBT First Trust NYSE ARCA Biotechnology ETF | | None | J | T | | | | | |
| 15.  IHI iShares US Medical Devices ETF | A | Dividend | J | T | | | | | |
| 16.  ICLN iShares Global Clean Energy ETF | A | Dividend | J | T | | | | | |
| 17.  XLK Sector Technology Select Sector SPDR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   XLC Select Sector Communication Services Select Sector SPDR ETF | A | Dividend | J | T | | | | | |
| 19.   First Trust Cloud Computing Index ETF SKYY | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 20.   iShares US Aerospace & Defense ETF ITA | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 21.   LPL Cash Account | A | Interest | J | T | Open | 10/13/20 | J | | moved from Wells Fargo |
| 22.   Inherited Assets 2020 | | | | | | | | | |
| 23.   BBH LTD Duration Cl N BBBMX (X) | A | Dividend | J | T | | | | | |
| 24.   Baird Core Plus Bond Instl CL BCOIX (X) | A | Dividend | J | T | | | | | |
| 25.   Baron Real Estate InstL Cl BREIX (X) | | None | J | T | | | | | |
| 26.   Eaton Vance Floating Rate Advntg CL I EIFAX (X) | A | Dividend | J | T | | | | | |
| 27.   Income Fund of America CL I IFAFX (X) | | None | J | T | | | | | |
| 28.   Altegris AACA OPPTYS Real Estate CL I RAAIX (X) | | None | J | T | | | | | |
| 29.   Nuveen Preferred Secs & Income CL I NPSRX (X) | A | Dividend | J | T | | | | | |
| 30.   PGIM Total Return Bond CL Z PDBZX (X) | A | Dividend | J | T | | | | | |
| 31.   PGIM Short Term Corp Bond CL Z PIFZX (X) | A | Dividend | J | T | | | | | |
| 32.   TCW Emerging Markets Income CL I TGEIX (X) | A | Dividend | J | T | | | | | |
| 33.   Thompson Bond THOPX (X) | | None | J | T | | | | | |
| 34.   Angel Oak Financials Income Instl CL ANFIX (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Vanguard Utilities Index Admiral CL VUIAX (X) | | None | J | T | | | | | |
| 36. | CVX Chevron Corp (X) | | None | J | T | | | | | |
| 37. | NOK Nokia Corp Spon ADR(X) | | None | J | T | | | | | |
| 38. | PG Proctor & Gamble Co (X) | A | Dividend | J | T | | | | | |
| 39. | RDS/A Roayal Dutch Shell PLC Sponsored ADR Repstg A shares (X) | | None | J | T | | | | | |
| 40. | USB U S Banccorp DE New c (X) | A | Dividend | J | T | | | | | |
| 41. | VZ Verizon Communications Inc. (X) | A | Dividend | J | T | | | | | |
| 42. | RAAIX Altegris AACA OPPTYS Real Estate CL 1 (X) | | None | J | T | | | | | |
| 43. | ABALX American Balanced CL A (X) | | None | J | T | | | | | |
| 44. | BREIX Baron Real Estate Instl Cl (X) | | None | J | T | | | | | |
| 45. | CAIBX Capital Income Builder CL A(X) | | None | J | T | | | | | |
| 46. | JEMSX JP Morgan Emerging Markets Equity Cl 1 (X) | | None | J | T | | | | | |
| 47. | MPEGX Morgan Stanley Instl Mid Cap Growth Cl 1 (X) | | None | J | T | | | | | |
| 48. | MGGIX Morgan Stanley Instl Global Oppty Cl 1 (X) | | None | J | T | | | | | |
| 49. | NBPIX Newberger Berman Large Cap Value Instl Cl (X) | | None | J | T | | | | | |
| 50. | PRMTX T Rowe Price Communications & Technology Investor CL (X) | | None | J | T | | | | | |
| 51. | VPU Vanguard Utilities ETF (X) | | None | | | Sold | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. WAMCX Wasatch Ultra Growth Investor Cl (X) | | None | J | T | Buy (add'l) | 12/31/20 | J | | |
| 53. XLY Consumer Discretionary Select Sector SPDR ETF ETF | | None | J | T | Buy | 01/04/21 | J | | |
| 54. IAU iShares Gold Trust | | None | J | T | Buy | 01/08/21 | J | | |
| 55. Inherited IRA account | | | | | | | | | |
| 56. MFWTX MFS Global Total Return Cl A (X) | | None | | | Sold | 01/22/20 | J | A | |
| 57. NEFZX Loomis Sayles Strategic Income Cl A (X) | A | Dividend | | | Sold | 04/21/20 | J | | |
| 58. HBLCX Hartford Balanced Income Cl C (X) | | None | | | Sold | 01/24/20 | J | A | |
| 59. AUEIX AQR Large Cap Defensive Style Cl I | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 60. MGGIX Morgan Stanley Instl Global Oppty Cl I | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 61. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 62. COTZX Colombia Acorn Thermostat Instl Cl | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 63. WAMCX Wasatch Ultra Growth Investor Cl | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 64. KRE SPDR S&P Refional Banking ETF | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 65. Estate Account Assets | | | | | | | | | |
| 66. LPL Cash Account (X) | | None | K | T | | | | | |
| 67. IEMYX Invesco Emerging Markets Select Equity Cl Y (X) | | None | J | T | | | | | |
| 68. AUEIX AQR Large Cap Defensive Style Cl I (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayes, Karen L.** | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ABALX American Balanced Cl A (X) | None | | K | T | | | | | |
| 70. BBBMX BBH LTD Duration CL N (X) | None | | J | T | | | | | |
| 71. BFOCX Berkshire Focus (X) | None | | J | T | | | | | |
| 72. SHSSX Blackrock Health Sciences OPPTYS Instl Cl (X) | None | | J | T | | | | | |
| 73. CAIBX Capital Income Builder Cl A (X) | None | | K | T | | | | | |
| 74. CVX Chevron Corp (X) | None | | J | T | | | | | |
| 75. DSEEX Doubleline Shiller Enhanced Cape Cl I (X) | None | | J | T | | | | | |
| 76. XOM Exxon Mobil Corp (X) | None | | J | T | | | | | |
| 77. IAT iShares U S Regional Banks ETF (X) | None | | J | T | | | | | |
| 78. LBFIX Clearbridge Select Cl I (X) | None | | J | T | | | | | |
| 79. CPODX Morgan Stanley Insight Cl I (X) | None | | K | T | | | | | |
| 80. PG Proctor & Gamble CO (X) | None | | J | T | | | | | |
| 81. PRMTX T Rowe Price Communications & Technology Investor CL (X) | None | | J | T | | | | | |
| 82. RDS/A Royal Dutch Shell PLC Sponsored ADR REPSTGF A Shares (X) | None | | J | T | | | | | |
| 83. XLF Sector financial Select Sector SPDR ETF (X) | None | | J | T | | | | | |
| 84. USB U S Bancorp DE (X) | None | | K | T | | | | | |
| 85. Vanguard Mid-Cap Gr Idx Admiral (X) | None | | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayes, Karen L.** | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I., Line 1: Appointed as testamentary executrix of estate.  I will not be taking a fee for this work.

Part VII., Lines 6 and 7: Argent Advisors is currently managing portfolios for Karen Hayes (Argent IRA Managed Asset Portfolio 4), and her spouse (Argent 401k Managed Asset Portfolio 4). MAP is an automated mutual fund allocation program which uses no load mutual funds to meet its investment objective. Clients can select from six different MAP portfolios based on the investor's  return objectives and risk attitudes. The MAP 4 portfolio is composed of 60% stocks and 40% bonds and is normally selected by investors who are interested in total return and use income to reduce risk. Funds are not held in the clients' names, nor do the clients have individual ownership at the fund level. Fund selection is exclusively Argent Advisors' and no client has veto ability in the MAP program. The investment asset is the portfolio, not the individual assets.

Part VII., Line 8.  Moved account to LPL financial

Part VII, Lines 23-54: Are all assets inherited in 2020 as a naked owner of a usufruct account (similar to a remainder from a life estate in common law terms), or as beneficiary of an IRA.

Part VII, Lines 56-58 are IRA assets inherited in 2019 and inadvertently omitted from 2020 form.  Lines 59-64 are transactions within that IRA in 2020.

Part VII, Lines 65-85: Assets of Estate of which filer is Executrix, values are for filer's interest in same. Will had a 90 day survivorship clause, and no dividends or other income have been generated in the 30 days since the contingency period ended.

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 07/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature:  **s/ Karen L. Hayes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544